

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

July 15, 2021

BY ECF

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Awais Chudhary, 20-CR-135 (CBA)

Dear Judge Amon:

  The government submits this letter to provide an update to the Court in connection with defendant Awais Chudhary's request at the status conference on July 8, 2021 (ECF Dkt. No. 51) for the government to inquire regarding three issues at the Metropolitan Detention Center ("MDC") and the Court's request that a status report be provided on the matter.

  The government has conferred with legal counsel at the MDC regarding the defendant's request to receive either the Moderna or Pfizer COVID vaccine, following his prior refusal to receive the Johnson & Johnson COVID vaccine. MDC Legal has advised that following the administering of the vaccine to those inmates who have previously requested it, MDC Health Services will again offer the vaccine to inmates who have previously rejected it. The government has requested that a BOP Assistant Health Services Administrator meet with the defendant Chudhary about receiving the vaccine and to address his medical and dental issues. The government awaits an update on the completion of that meeting. The government has likewise requested that MDC Legal provide an update regarding the defendant's missing property which MDC Legal was unaware of and which the MDC is still investigating.

The government is prepared to file an updated status report regarding the production of discovery to the defendant and any further updates from MDC Legal as soon as that becomes available, but no later than July 22, 2021.

Respectfully submitted,

JACQUELYN M. KASULIS
Acting United States Attorney

By:       /s/

Jonathan E. Algor
Assistant U.S. Attorney
(718) 254-7000

cc: Defense Counsel (by email)