UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 1/28/22          TIME: 2:00 pm (60 mins)

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR20-00135

DEFENDANT: Awais Chudhary-c          ATTORNEY: Samuel Jacobson F/D

DEFENDANT:          ATTORNEY: Nora K. Hirozawa F/D

DEFENDANT:          ATTORNEY:

ASSISTANT U.S. ATTORNEY: Jonathan Edgar Algor , IV & Ellen Hanley Sise

COURT REPORTER: Charleane Heading

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:          DEPUTY: T. Campbell
Conference held.
The parties have not reached a disposition and expect to go to trial.
The deft will appeal the plea decision.
The deft stated that they may not be ready for trial by March.
The govt is to respond to deft concerns about an anonymous jury by 2/4/22 and the deft will also
respond on that date.
The parties need to prepare a jury questionnaire by 2/4/22.
The court will schedule a zoom conference to discuss issues.
In the interim the parties should advise the Court if any disposition is reached.
The govt has looked into the deft medical concerns and single cell request.
The govt advised the Court that MDC opposes single cell occupancy unless warranted and that
MDC has scheduled the deft a dentist appointment.
The Court advised the deft if he wishes to pursue the single cell he must file an affidavit.
OED ent'd (Ongoing plea negotiations).
Further status conference via Zoom Gov is pending; the court will send the parties notice of
conference date.