UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**<u>BEFORE: CAROL BAGLEY AMON, U.S.D.J.</u>**

DATED: 2/14/22          TIME: 12:00 pm (30 mins)


CRIMINAL CAUSE FOR: Status Conference via Zoom Gov Video

DOCKET #: CR20-00135

DEFENDANT: Awais Chudhary-c          ATTORNEY: Samuel Jacobson F/D

DEFENDANT:                                        ATTORNEY: Nora K. Hirozawa F/D

DEFENDANT:                                        ATTORNEY:


ASSISTANT U.S. ATTORNEY: Jonathan Edgar Algor , IV & Ellen Hanley Sise

COURT REPORTER: Rivka Teich


INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                              DEPUTY: T. Campbell

Conference held.
The deft agrees to proceeding via audio and video.
Defense request an adjournment of trial; Application GRANTED.
If the parties reach a disposition in the interim they will notify the Court.
The defense advised the Court that it will take 30 days for the expert report to be complete from the time they meet with the defendant.
Defense expert reports are to be giving to the govt by 3/28/22.
New trial date is set for 8/29/22.
The govt is to file counter-request by 2/21/22.
If the parties can not agree on a questionnaire they are to provide the court with their request by 2/28/22.
OED ent'd (Ongoing plea, defense application to adjourn trial & govt witness unavailable).
Further IN PERSON status conference is set for 4/14/22 at 10am.