```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   ------------------------------x
                                              20-CR-135(CBA)
 3   UNITED STATES OF AMERICA,
                                              United States Courthouse
 4                                            Brooklyn, New York

 5           -versus-                         April 13, 2022
                                              10:00 a.m.
 6   AWAIS CHUDHARY,

 7           Defendant.

 8   ------------------------------x

 9        TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
               BEFORE THE HONORABLE CAROL B. AMON
10                 UNITED STATES DISTRICT JUDGE

11   APPEARANCES

12   For the Government:        UNITED STATES ATTORNEY'S OFFICE
                                Eastern District of New York
13                              271 Cadman Plaza East
                                Brooklyn, New York 11201
14                              BY:  ELLEN SISE, ESQ.
                                Assistant United States Attorney
15
     For the Defendant:         FEDERAL DEFENDERS OF NEW YORK
16                              BY:  SAMUEL JACOBSON, ESQ.
                                     NORA HIROZAWA, ESQ.
17

18
     Court Reporter:            Rivka Teich, CSR, RPR, RMR, FCRR
19                              Phone:  718-613-2268
                                Email:  RivkaTeich@gmail.com
20
     Proceedings recorded by mechanical stenography.  Transcript
21   produced by computer-aided transcription.

22

23

24

25
```

*Rivka Teich CSR RPR RMR FCRR*
*Official Court Reporter*

2

STATUS CONFERENCE

1             (In open court.)

2             THE COURTROOM DEPUTY:  All Rise.  United States

3    District Court for the Eastern District of New York is now in

4    session.  Honorable Judge Amon is now presiding.

5             Criminal cause for a status conference on United

6    States vs. Chudhary, 20-CR-135.

7             May I have the appearance for the Government?

8             MS. SISE:  Good morning, your Honor.  Ellen Sise for

9    the Government.

10            THE COURT:  Good morning.

11            THE COURTROOM DEPUTY:  For the defendant?

12            MR. JACOBSON:  Sam Jacobson and Nora Hirozawa for

13   Mr. Chudhary who is present next to us.

14            THE COURTROOM DEPUTY:  Please be seated.

15            THE COURT:  This matter is on for a status

16   conference.  I understand, Mr. Jacobson, that you have turned

17   over expert reports to the Government.

18            MR. JACOBSON:  Yes, we have, judge?

19            THE COURT:  When did you do that?

20            MR. JACOBSON:  One report we turned over about a

21   week ago, and one I believe was last week.  It was a little

22   late in being received by us.

23            THE COURT:  Those are all of your expert reports?

24            MR. JACOBSON:  At this time, judge, Yes.

25            THE COURT:  What do you mean "at this time"?  We've

*Rivka Teich CSR RPR RMR FCRR*
*Official Court Reporter*

1   got trial in August.  All the expert reports were supposed to
2   be turned over by March 28.  I guess that deadline wasn't met,
3   right?
4           MR. JACOBSON:  I don't anticipate that we'll have
5   more expert reports.
6           THE COURT:  What is the Government's view of the
7   status?  I take it that plea negotiations are at an end?
8           MS. SISE:  Your Honor, there is no disposition in
9   the case.  We did belatedly receive the defense's expert
10  report.  And the Office is considering the expert report.  But
11  at this time there is no disposition.
12          THE COURT:  Mr. Jacobson, that's your understanding
13  as well?  We're going full-steam ahead with trial, correct?
14          MR. JACOBSON:  That's right, Judge.
15          THE COURT:  The parties were also asked to try and
16  reach an agreement with regard to the jury questionnaire.
17  There was a deadline I think of -- in any event, what is the
18  status of that?
19          MR. JACOBSON:  I think, your Honor, that we won't be
20  able to come to an agreement and submit a joint questionnaire.
21  We were just having discussions about that this morning.  We
22  need a little bit of extra time to -- I do think that we'll
23  get there in the next week.
24          MS. SISE:  If I can add to that.  The Government
25  filed it's proposed questionnaire on February 4.  We received

STATUS CONFERENCE

1   on Monday evening of this week the defense's proposed
2   questionnaire.  The Government has agreed to speak with the
3   defense about their proposal.  It's a considerably longer
4   questionnaire than the one the Government proposed.
5           THE COURT:  See the problem is all this was supposed
6   to be done a while ago.  We are at April 13, and my memory is
7   that the parties, if they couldn't agree, were supposed to
8   file their respective requests to the Court by February 28.
9   We're here today and that's not been resolved.  Everything
10  only seems to happen a week before I set down a status
11  conference.
12          What is going on now?  The Government is reviewing
13  the belated questionnaire that the defense submitted to you?
14          MS. SISE:  Yes, your Honor.  We didn't receive it
15  until Monday of this week.
16          THE COURT:  Mr. Jacobson, why do I make these orders
17  if they are going to be completely ignored?  You don't even
18  make a request to the Court for an extension of time, you just
19  don't do it.
20          MR. JACOBSON:  I understand, Judge.  I take
21  responsibility for that.
22          But I do want to make clear that what we have
23  provided to the Government as a proposed questionnaire is the
24  questionnaire that the Government has proposed in many other
25  similar cases.  So I think it won't take long to come to an

STATUS CONFERENCE

1  agreement.  I don't see this as an area that we need the
2  Court's intervention.
3          THE COURT:  I want the parties to submit their
4  questionnaire to the Court that you've agreed upon by Tuesday
5  of next week.  I want to see it.  I want a statement that
6  you've agreed upon it; or if there are certain questions that
7  you don't agree upon, tell me what they are.
8          Because I have to devise the questionnaire.  There
9  may be questions that I think are inappropriate, even if you
10 agreed on them.
11         We need to get this done.  Submit that to the Court
12 by Tuesday, by 5:00 o'clock on Tuesday I want to see that.
13         What other matters have to be addressed from the
14 Government's perspective?
15         MS. SISE:  Nothing else from the Government's
16 perspective, your Honor.
17         THE COURT:  How about from you, Mr. Jacobson?
18         MR. JACOBSON:  I want to put on the record, on the
19 last conference we discussed a timeline for the Government to
20 turnover their intended electronic or digital exhibits for
21 trial.  I think now that the timeline has shifted, we
22 discussed this morning that the Government would do so by
23 early June.
24         The only other outstanding issue is that some of the
25 discovery in the case, actually sort of the crux of the

1   discovery, the undercover communications, are still, from our

2   perspective, heavily redacted.  I know the Government is still

3   working to provide us a less redacted form of that discovery

4   in short order.  But it's difficult for us to review those

5   communications at the moment because they are still pretty

6   heavily redacted.

7            THE COURT:  What are you doing in that regard?

8            MS. SISE:  As I told Mr. Jacobson earlier this

9   morning, we'll be producing a less redacted version of the

10  communications which will substitute for example UC1 where the

11  UC's handle is now redacted.  As well as social media platform

12  one, where the social media company is redacted.  We will be

13  producing those to the defense in short order.

14           THE COURT:  What is short order?  Because if this

15  somehow needs my intervention -- does this involve classified

16  materials.

17           MS. SISE:  Yes.  It's getting declassified in order

18  to produce it with the substitution.

19           THE COURT:  All right.  The reason why this needs to

20  be addressed, as you're well aware, is in order to deal with

21  things the law clerks need security clearance.  We have gone

22  through this process of law clerks getting security

23  clearances, and guess what, they all leave at the end of

24  August.  If there are issues that are going to involve having

25  to review the classified versus unclassified and I want the

1  assistance of a law clerk, I need this done right away.  I
2  take it you don't envision that there are going to be
3  classified information issues that arise at trial?
4        MS. SISE:  No, your Honor, we don't believe so.  We
5  can have that less redacted version also by next Tuesday
6  produced.
7        THE COURT:  Okay.  Good.
8        MR. JACOBSON:  One more point about that.  It's not
9  just the UC handles and company names that are redacted.  A
10 lot of the content of the communications, the substance of it,
11 is redacted as well.
12        I understand that your Honor likely ruled ex parte
13 that was not discoverable as Rule 16 material during the
14 Court's CIPA conference with the Government.  But if any of
15 that is 3500 and to be produced to secret 3500, we ask that be
16 done sufficiently in advance of trial so we can review it in
17 the appropriate room.
18        MS. SISE:  We'll review the communications for
19 potential secret 3500 as well.
20        THE COURT:  When will you let them know about that?
21        MS. SISE:  I can also endeavor to do that by next
22 Tuesday as well.
23        THE COURT:  Okay, great.
24        Anything else, Mr. Jacobson, that you envision that
25 will be a problem that needs to be addressed?

*Rivka Teich CSR RPR RMR FCRR*
*Official Court Reporter*

1    MR. JACOBSON:  I don't think so, Judge.

2    I would just flag there is still some outstanding
3    motion in limine in the case.  I think at least on one of the
4    issues the parties are still trying to come to an agreement,
5    that's the question of whether the undercover agents can
6    testify using fake names or wearing disguises.  I think the
7    parties have come to an agreement on the disguise.  It will be
8    a light disguise.  But there is still a disagreement on
9    whether the agent should testify in her own name or using a
10   fake name.

11   THE COURT:  You haven't agreed on that or still --

12   MR. JACOBSON:  I think we have not agreed on that
13   one aspect.

14   MS. SISE:  That's right, your Honor.  The Government
15   still moves to allow the undercovers to testify under an
16   alias.

17   MR. JACOBSON:  I think the Court has papers on both
18   sides on it.

19   THE COURT:  The other issue I think dealt with your
20   wanting to challenge certain statements on the First
21   Amendment.  Has that issue been eliminated?

22   MR. JACOBSON:  Your Honor denied our motion to
23   dismiss the Indictment on those grounds.  I believe the
24   question of what the Government can introduce at trial is
25   still an open question.  I guess I would ask at this point

1 that maybe the Court should defer ruling on that until we see
2 what exhibits the Government actually intends to introduce,
3 because the digital discovery is quite voluminous.  I think
4 once we see exhibits that potentially implicate the First
5 Amendment they are seeking to introduce, it might be that the
6 Court can have a fairer ruling on that question.
7            THE COURT:  When is that going to be turned over?
8            MR. JACOBSON:  Early June, the Government said.
9            THE COURT:  Why don't we just pick a date as opposed
10 to early June.  What is the end of the first week of June?
11 What day is that?
12           THE COURTROOM DEPUTY:  The third.
13           THE COURT:  That's a Friday?
14           THE COURTROOM DEPUTY:  That's a Friday.
15           THE COURT:  What is the Monday?
16           THE COURTROOM DEPUTY:  Monday is June 6.
17           THE COURT:  Why don't you turn that material over by
18 June 6.
19           MS. SISE:  Yes, your Honor.
20           THE COURT:  Mr. Jacobson, if the material turned
21 over on Tuesday that we've discussed here today, if you still
22 have some additional problems with all of that, write a letter
23 to the Court a week from Tuesday indicating what those
24 problems are.
25           And what date is that a week from next Tuesday?

STATUS CONFERENCE

1    THE COURTROOM DEPUTY:  April 26.

2    THE COURT:  Let me hear from you then if there are
3 any outstanding issues.

4    Anything else that we need to take up, Mr. Jacobson,
5 from you on behalf of the defendant?

6    MR. JACOBSON:  I think just excluding time, Judge,
7 in the interest of justice so the defense can review the
8 additional unredacted productions that the Government intends
9 to make.

10    THE COURT:  I thought I had.  I should exclude time
11 until the trial date for that reason.

12    MR. JACOBSON:  It's possible that was done.

13    THE COURT:  I'm not sure, but let's clarify.  I will
14 exclude time between now and the next court appearance based
15 on the fact that -- I take it that you provided a letter to
16 the Government to have them at least consider a different
17 disposition, that issue is not totally foreclosed; is that
18 correct?

19    MS. SISE:  That's correct.

20    THE COURT:  That's ongoing.  Plus the need to review
21 the discovery here and to prepare for trial.

22    So I exclude time under the Speedy Trial Act in the
23 interest of justice from now until the trial date of
24 August 29.  Anything else?

25    MS. SISE:  Nothing from the Government.  Thank you.

*Rivka Teich CSR RPR RMR FCRR*
*Official Court Reporter*

STATUS CONFERENCE

1    THE COURT:  Let's have a status conference at the
2    end of the week of June 6.
3    THE COURTROOM DEPUTY:  That would be Friday,
4    June 10.
5    THE COURT:  We'll have a status conference on that
6    date.
7    THE COURTROOM DEPUTY:  At 11:00 o'clock.
8    THE COURT:  Okay.  Thank you.
9    (Whereupon, the matter was concluded.)
10   *    *    *    *    *
11   I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.
12
13   */s/ Rivka Teich*
     Rivka Teich, CSR RPR RMR FCRR
14   Official Court Reporter
     Eastern District of New York
15
16
17
18
19
20
21
22
23
24
25

*Rivka Teich CSR RPR RMR FCRR*
*Official Court Reporter*