# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 24, 2022

Via ECF and Email
AUSA Ellen Sise
AUSA Jonathan Algor
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Awais Chudhary, 20-CR-135 (CBA)

Dear Ms. Sise and Mr. Algor:

By and through undersigned counsel, Mr. Chudhary hereby provides notice, pursuant to Federal Rule of Criminal Procedure 12.2(b) and the Court's order of June 10, 2022, that counsel intends to introduce expert testimony at trial relating to a mental disease or defect or any other mental condition bearing on the issue of guilt. Although the defense does not believe that the anticipated expert testimony relates to a mental condition within the meaning of Rule 12.2(b), we provide this notice in an abundance of caution. The defense will continue to comply with its expert discovery obligations under Rule 16(b).

Respectfully Submitted,

_____/s_____

Samuel I. Jacobson
Nora K. Hirozawa
Counsel to Awais Chudhary
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

cc:     all counsel of record (via ECF)
        Clerk of Court (via ECF)