UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                              NOT FOR PUBLICATION
                                            **ORDER**
AWAIS CHUDHARY,                    20-cr-135 (CBA)

                Defendant.
-------------------------------------------------------x

**AMON, United States District Judge:**

      The Court is in receipt of two letters from the defense, a motion to compel discovery and for leave to file further motions in limine, dated July 18, 2022, (Docket Entry ("D.E.") # 98), and a letter motion seeking to preclude certain government evidence, also dated July 18, 2022, (D.E. # 99). Both are of serious concern to the Court, since they suggest that despite the length of time this case has been proceeding, the parties are only now focusing on issues that should have been brought to the Court's attention before. Both parties have ignored directions of the Court. At the last status conference on June 10, 2022, the government was directed to provide the Court and counsel with Dr. Lorenzo Vidino's testimony in <u>United States v. Kandic</u>, No. 17-cr-449 (NGG). That transcript has never been provided to the Court or, apparently, to counsel. Counsel for the defense advised the Court that by July 8, 2022, he would inform the Court of the categories of government exhibits he would move to preclude. Ten days later on July 18, 2022, the defense moved simply to preclude hundreds of the government's video, audio, and text exhibits, without specifying which ones, and further made a motion to compel extensive discovery, with no indication of whether these requests have been made in the past or rejected by the government.

      The government is directed to cull through the aforementioned evidence found on defendant's devices and specifically advise the Court and counsel of which exhibits it intends to

1

introduce by Friday, July 22, 2022. Obviously, it does not intend to offer "hundreds" of files. Counsel for defense is to be prepared at the July 27, 2022 conference to specifically identify which videos or portions of videos to which he objects.

Counsel are also directed to meet together prior to the July 27, 2022 conference to attempt to resolve the discovery disputes. If not resolved, the government is directed to respond to the motion to compel by July 26, 2022.

SO ORDERED

Dated: July 19, 2022
Brooklyn, New York

Carol Bagley Amon
United States District Judge