# CRIMINAL CAUSE FOR PLEADING

BEFORE:  **MAGISTRATE JUDGE LEVY**     DATE:  **August 26, 2022**

_____**CR**_____                  **United States v. Chudhary**

DEFENDANT:_____**AWAIS CHUDHARY**_____
           __**X**__ present ____not present     __**X**__ cust.    ____bail

DEFENSE COUNSEL:       **SAM JACOBSEN**_____
           __**X**__ present ____not present     ____CJA   ____RET   __**X**__FD

AUSA:   **JONATHAN ALGOR & ELLEN SISE**      CLERK: **Allison Marculitis**

INTERPRETER:_____**N/A**_____(Language:_____)

START / END TIME:    **10:10a.m.-10:41a.m.**       (Court Reporter:  Linda Marino)

__**X**__ CASE CALLED          ____DEFT'S FIRST APPEARANCE
DEFT:  __**X**__SWORN       ____ARRAIGNED   __**X**__INFORMED OF RIGHTS

____ WAIVER OF INDICTMENT FILED
____ INFORMATION FILED
____ DEFT ENTER GUILTY PLEA TO THE INFORMATION
__**X**__ DEFT. WITHDRAWS NOT GUILTY PLEA AND ENTERS GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
__**X**__ COURT FINDS FACTUAL BASIS FOR THE PLEA
__**X**__ SENTENCING SET AT A LATER DATE BY JUDGE AMON
____ SENTENCING TO BE SET BY PROBATION
____ BAIL:___SET___CONT'D FOR DEFT.    ___CONT'D IN CUSTODY
____ CASE ADJOURNED TO_____AT
____ TRANSCRIPT ORDERED:

**OTHER: Pursuant to Federal Rule 11 of Criminal Procedure, the Magistrate Judge did administer the allocution.  A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced.  Judge Levy recommends that the plea of guilty be accepted.**