

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DMP
F. #2019R01179

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 20, 2023

By ECF

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted*

*So Ordered*

4/25/23

s/Carol Bagley Amon

> Re:     United States v. Awais Chudhary
>         Criminal Docket No. 20-135 (CBA)

Dear Judge Amon:

      In advance of sentencing, the defendant has raised an issue with the U.S. Attorney's Office, which requires the Office's review and consideration.  Accordingly, the parties jointly request that the defendant's sentencing, which is currently scheduled for April 28, 2023, be adjourned for a period of 60 days, and that the deadlines for sentencing submissions be reset accordingly.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/_____
      Douglas M. Pravda
      Assistant U.S. Attorney
      (718) 254-7000

Cc:   Clerk of the Court (CBA) (by ECF)
      Samuel I. Jacobson, Esq. (by ECF)
      Nora Hirozawa, Esq. (by ECF)