

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

Clerk's Office
Filed Date: 6/15/2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

DMP
F. #2019R01179

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 14, 2023

By ECF

Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted*
*So Ordered*

s/Carol Bagley Amon

6/14/23

    Re: United States v. Awais Chudhary
       Criminal Docket No. 20-135 (CBA)

Dear Judge Amon:

    For the reasons set forth in the government's April 20, 2023 letter and because of additional information that the defendant brought to the government's attention on June 2, 2023, that might also bear on sentencing, the parties jointly request that the defendant's sentencing, which is currently scheduled for June 27, 2023, be adjourned for a period of 30 days, and that the deadlines for sentencing submissions be reset accordingly.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

    By:  /s/_____
        Douglas M. Pravda
        Assistant U.S. Attorney
        (718) 254-7000

Cc: Clerk of the Court (CBA) (by ECF)
   Samuel I. Jacobson, Esq. (by ECF)
   Nora Hirozawa, Esq. (by ECF)