# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

August 8, 2023

By ECF and Email
The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*The case will remain on the calendar for a status conference. So Ordered.*
s/Carol Bagley Amon
8/9/23

Re: United States v. Awais Chudhary, 20-CR-135 (CBA)

Dear Judge Amon:

We write on behalf of Mr. Chudhary, and with the consent of the government, to respectfully request a 60 day adjournment of the sentencing hearing currently scheduled for August 17, 2023. We make this request substantially for the same reasons outlined in the April 20, 2023 and June 14, 2023 Joint Motions to Continue Sentencing. *See* Dkt. Nos. 146, 148 (citing information provided by the defense for the government's consideration). The parties continue to engage in discussions in light of the additional information that may bear upon sentencing. We therefore request that sentencing be adjourned for a period of 60 days, and that the deadlines for sentencing submissions be reset accordingly.

Thank you for your consideration of this request.

Respectfully Submitted,
/s/
Samuel Jacobson
Nora Hirozawa
Assistant Federal Defenders

cc: all counsel of record (by ECF)