

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EHS
F. #2019R01179

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

CISO: [signature]

Date: 8/21/24

August 21, 2024

By ECF

The Honorable Carol B. Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Chudhary
             Criminal Docket No. 20-135 (CBA)

Dear Judge Amon:

        Pursuant to the Court's July 23, 2024 Order, the government hereby notifies the Court of its filings today, via the Classified Information Security Officer.

                                                         Respectfully submitted,

                                                             BREON PEACE
                                                             United States Attorney

                            By:     /s/
                                                              Ellen H. Sise
                                                              Assistant U.S. Attorney
                                                              (718) 254-6166

cc:     Clerk of Court (CBA) (by ECF)
        Defense Counsel (by ECF)