

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EHS
F. #2019R01179

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 29, 2024

By ECF
The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Filed with Classified Information Security Officer

CISO _____
Date 10/29/24

Re: United States v. Awais Chudhary
Criminal Docket No. 20-135 (CBA)

Dear Judge Amon:

The government respectfully submits this letter to memorialize that, earlier today, it filed, via the Court Information Security Officer ("CISO"), a response to the defendant's classified letter dated October 8, 2024, which provided notice pursuant to Section 5(a) of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. III and moved to compel additional discovery. The government also served defense counsel Samuel Jacobson and Nora Hirozawa via the CISO. This filing is provided to defense counsel pursuant to the Stipulation and Protective Order Regarding Classified Information entered on August 23, 2024 (ECF No. 185).

Respectfully submitted,

BREON PEACE
United States Attorney

By: /s/
Ellen H. Sise
Assistant U.S. Attorney
(718) 254-6166

Cc: Clerk of the Court (by ECF)
Defense counsel (by ECF)