**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

March 21, 2025

<u>By ECF and Email</u>
The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Awais Chudhary</u>, 20-CR-135 (CBA)

Dear Judge Amon:

  We write to advise the Court that Mr. Chudhary intends to withdraw his plea and proceed to trial. The parties jointly propose the following schedule for any additional motions and notices:

- April 3     CIPA Section 5 notice
- April 24    CIPA Section 5 response
- May 1     CIPA Section 5 reply
- May 7-9    CIPA Section 6 conference, at Court's convenience
- May 15    Motions in limine / expert notice / 12.2 notice
- May 29    Oppositions re motions in limine, expert notice, 12.2 notice, if any
- June 5     Replies re motions in limine, expert notice, 12.2 notice, if any
- June 9     Proposed juror questionnaire, voir dire, and jury instructions
- June 16    Production of § 3500 material
- June 16-18   Pretrial conference at Court's convenience
- June 30    Jury Trial

  Thank you for your consideration.

2

        Respectfully Submitted,
        /s/
        Samuel Jacobson
        Nora Hirozawa
        Assistant Federal Defenders

cc:    all counsel of record (by ECF)