**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and
Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

April 25, 2024

<u>VIA ECF & EMAIL</u>

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>United States v. Awais Chudhary</u>, 20-CR-135 (CBA)

Dear Judge Amon:

    The defense respectfully submits this letter to memorialize its April 22, 2025 filing of a supplemental CIPA 5 notice. The notice was personally delivered to government counsel on April 22, 2025 and to the Court's law clerk on April 23, 2025.

                                          Respectfully Submitted,
                                                 /s
                                          Samuel I. Jacobson
                                          Nora K. Hirozawa
                                          Federal Defenders of New York, Inc.

cc:    all counsel of record