# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

September 29, 2025

By ECF and Email
The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Awais Chudhary, 20-CR-135 (CBA)

Dear Judge Amon:

    We write to respectfully request that the Court include in the Judgment a recommendation that Mr. Chudhary be designated to MDC Brooklyn, or as close as possible to New York City, in order to facilitate visits from his family and counsel.

    Thank you for your consideration of this letter.

Respectfully submitted,

/s/
Sam Jacobson
Nora Hirozawa
*Counsel to Awais Chudhary*
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201

cc: all counsel of record